UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH JEAN-LOUIS,

                Plaintiff,

    -against-

MAYOR ADAMS,

                Defendant.

24-CV-1313 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 5, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge